IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JENNIFER SUE HUNNICUTT, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-463-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 10, 2025, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 11th day of March, 2025.

.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk